UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

MAY 0 2 2023

NATHAN OCHSNER
CLERK OF COURT

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**McALLEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | **Criminal No.**   **M-23-613** |
| | § | |
| GERARDO JAVIER OCHOA | § | |
| JASON CLEMENTE GARCES | § | |
| BARBARITO GONZALEZ | § | |

## SEALED INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

From on or about January 2023 through on or about April 12, 2023, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**GERARDO JAVIER OCHOA**
**and**
**JASON CLEMENTE GARCES**

did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jurors, to possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

Before the defendant, Gerardo Javier Ochoa, committed the offense charged in this count, he had a final conviction for a serious drug felony, namely, a conviction under Texas Health & Safety Code 481.112(c) Possession with Intent to Deliver a Controlled Substance in the 370th Judicial District Court, Hidalgo County, Texas, in Cause Number CR-1749-09-G, for which he served more than 12 months of imprisonment.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(B), and 851.

## Count Two

On or about April 12, 2023, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

### GERARDO JAVIER OCHOA

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was approximately 260 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

Before the defendant, committed the offense charged in this count, he had a final conviction for a felony drug offense, namely, the following:

1. a conviction under Texas Health & Safety Code 481.112(c) Possession with Intent to Deliver a Controlled Substance in the 370th Judicial District Court, Hidalgo County, Texas, in Cause Number CR-1749-09-G

2. a conviction under Texas Health & Safety Code 481.115(f) Possession of a Controlled Substance in the 139th Judicial District Court, Hidalgo County, Texas, in Cause Number CR-2430-10-C

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(C) and Title 18, United States Code, Section 2.

## Count Three

On or about April 12, 2023 through on or about April 17, 2023, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

### JASON CLEMENTE GARCES

did attempt and conspire to unlawfully obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by robbery and extortion, in that the defendant did attempt and conspire to take drug proceeds from an individual.

In violation of Title 18, United States Code, Sections 1951(a) and 2.

## Count Four

From on or about April 17, 2023, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

## BARBARITO GONZALEZ

did knowingly and intentionally together and with other persons both known and unknown to the Grand Jury, willfully and unlawfully attempted to seize, confine, inveigle, decoy, kidnap, abduct, carry away and hold for ransom, reward or otherwise R.G. and, in committing or in furtherance of the commission of the offense, did use any means facility, or instrumentality of interstate or foreign commerce, namely, a cellular phone, in committing or in furtherance of the offense.

In violation of Title 18, United States Code, Sections 1201(a)(1) and 2.

## Count Five

On or about April 17, 2023, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

## BARBARITO GONZALEZ

with the intent to cause death and serious bodily harm, and while causing serious bodily harm, did take or attempt to take a motor vehicle, that is, a BMW X5, that had been transported, shipped, and received in interstate commerce and foreign commerce from the person and presence of R.G., by force, violence, and intimidation.

In violation of Title 18, United States Code, Sections 2119(2).

## Count Six

On or about April 17, 2022, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

## BARBARITO GONZALEZ

did knowingly use and discharge and aid and abet the using and discharging of a firearm, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, Carjacking in violation of Title 18, United States Code, Section 2119.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii) and 2.

A TRUE BILL

FOREPERSON

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

ASSISTANT UNITED STATES ATTORNEY